**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:23-cv-01055-FL**

| | | |
|---|---|---|
| GEORGE WATSON | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ADMISSION** |
| | ) | **PRO HAC VICE AND** |
| v. | ) | **AFFIDAVIT** |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

Jeffrey R. Monroe ("Local Counsel"), a member in good standing with the Bar of the United States District Court for the Eastern District of North Carolina ("EDNC"), moves for the admission of Brandon J.B. Boulware ("Applicant"), who seeks permission to represent Plaintiff George Watson ("Client") in this above-captioned Camp LeJeune Justice Act case.

By signing this motion, Local Counsel and Applicant certify that:

1.      Applicant is a member in good standing of the bar of the highest court of the State or Territory where Applicant regularly practices law, which is Missouri.

2.      Applicant practices under the name of or as a member of the following firm:

| | |
|---|---|
| Firm name: | Boulware Law LLC |
| Mailing Address: | 1600 Genessee Street, Suite 416<br>Kansas City, Missouri, 64102 |
| Telephone number: | (816) 492-2826 |
| Facsimile number: | (816) 492-2826 |
| Email address: | brandon@boulware-law.com |

1

3.      Applicant certifies that he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions: Missouri state courts, Kansas state courts, United States District Court for the Western District of Missouri, United States District Court for the Eastern District of Missouri, United States District Court for the District of Kansas, United States District Court for the Western District of Wisconsin, United States Court of Appeals for the Sixth Circuit, and United States Court of Appeals for the Eighth Circuit.

4.      Applicant certifies he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission pro hac vice in this or any other jurisdiction or had pro hac vice admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and never received public discipline by any court or lawyer regulatory organization.

5.      Applicant certifies that the client requested Applicant to represent him in this matter, along with Local Counsel.

6.      Applicant agrees to be subject to the Orders of the EDNC, including the Local Rules of the EDNC, and amenable to the disciplinary action of the civil jurisdiction of the EDNC in all respects as if Applicant were a regularly admitted and licensed member of the Bar of this court.

7.      Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the EDNC.

8.      The required $100 fee for admission pro hac vice in this case is being submitted with the filing of this motion.

9.      Applicant consents to electronic notification and will submit an Electronic Filing Attorney Registration Form within seven days if this motion is granted.

By signing this Motion, we so certify.

This, the 15 day of June 2023.

Respectfully submitted,

MILLER MONROE & PLYLER, PLLC

*/s/ Jeffrey R. Monroe*
Jeffrey R. Monroe
North Carolina State Bar No. 39930
1520 Glenwood Avenue
Raleigh, NC 27608
Ph:     (919) 809-7346
Fax:    (919) 516-0062
jmonroe@millermonroe.com
*Attorney for Plaintiff*

BOULWARE LAW LLC

*/s/ Brandon J.B. Boulware*
Brandon J.B. Boulware
Missouri State Bar No. 54150
1600 Genessee, Suite 416
Kansas City, MO 64102
Ph/Fax: (816) 492-2826
brandon@boulware-law.com
*Attorney for Plaintiff*
*(Pending Pro Hac Vice Admission)*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of June 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

 /s/ Jeffrey R. Monroe
*Attorney for Plaintiff*